DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTONIO VANN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2556

_____

November 5, 2025

Appeal from the Circuit Court for County; Michelle Sisco, Judge.

Antonio Vann, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

     Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.